# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 06-60005-01** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **EZEQUIEL TREVINO** | * | **MAGISTRATE JUDGE HILL** |

## DETENTION ORDER PENDING TRIAL

A detention hearing was held on February 9, 2006, in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant pending trial in this case.

## FINDINGS OF FACT

The defendant is a serious danger to the community and a flight risk.

## WRITTEN REASONS FOR DETENTION

The defendant is apparently in violation of his alien status and is charged with possession with intent to distribute cocaine. Immigration authorities have placed a hold on the defendant. Additionally, the defendant is currently being held in state custody and is unable to post bond on the state charges.

Since the defendant is in State custody and is unable to post bond on the pending state charges, and in view of the immigration hold placed on the defendant, the defendant waived his right to a detention hearing at this time, and knowingly and intelligently signed a waiver to that effect. If the defendant wishes to have a hearing in the future, he may request one at that time.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Lafayette, Louisiana, February 9, 2006.

                                                                              _____
                                                                              C. MICHAEL HILL
                                                                              UNITED STATES MAGISTRATE JUDGE